IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Zeph Pitt, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Warden, U.S.P. Beaumont; Does 1-10; and )<br>Officers at U.S.P. Beaumont, )<br>)<br>Defendants. )<br>) | C/A No.: 5:23-6979-BHH<br><br><br><br>**ORDER** |

    Zeph Pitt ("Plaintiff"), proceeding pro se, filed this action alleging a violation of his civil rights. On January 3, 2024, the Court ordered Plaintiff to complete, sign, and return a standard complaint form, to pay the $350 filing fee or complete and return an application to proceed without prepayment of fees, and to provide service documents for his case. (ECF No. 8.) Plaintiff was warned that a failure to provide the necessary information within a specific time period may subject the case to dismissal. (*Id.*) The time for Plaintiff to file a response expired on January 24, 2024, and Plaintiff did not file a response. As Plaintiff has failed to prosecute this case and has failed to comply with an order of this Court, the Court hereby dismisses this case ***without prejudice*** pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

    **IT IS SO ORDERED.**

March 27, 2024                                                                     /s/Bruce H. Hendricks
Charleston, South Carolina                            United States District Judge

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.